# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| HUGH BUTCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:11-cv-00886-RCJ-WGC |
| | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This is a residential mortgage foreclosure avoidance case. Defendants filed a motion to dismiss and to expunge the lis pendens in November 2012. Plaintiff has not responded. Accordingly, the Court grants the motion. *See* Local R. 7-2(d).

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Dismiss and Expunge Lis Pendens (ECF No. 26) is GRANTED.

IT IS FURTHER ORDERED that the Motion to Amend (ECF No. 19) is DENIED.

IT IS FURTHER ORDERED that the Lis Pendens is EXPUNGED.

IT IS SO ORDERED.

Dated this 30th day of August, 2013.

_____
ROBERT C. JONES
United States District Judge